**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JEDIDIAH BROWN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 1:25- CV-0 1514 |
| v. | ) | |
| | ) | Judge Manish S. Shah |
| TIFFANY HENYARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Manotti L. Jenkins, Esq. (IL 6276932) ("Mr. Jenkins"), counsel for Defendant Kamal Woods ("Mr. Woods"), brings this motion to respectfully request that this Honorable Court grant Mr. Jenkins leave to withdraw his appearance as the attorney of record for Mr. Woods in this matter. In support of this motion, Mr. Jenkins states as follows:

1. Since 2025, Mr. Jenkins has been attorney of record for Mr. Woods in this case.

2. Mr. Jenkins has filed this motion to withdraw on his own volition and wishes to terminate his services to Mr. Woods due to circumstances that Mr. Jenkins has consistently attempted to resolve with Mr. Woods, but has not been successful in resolving. Therefore, the differences between attorney and client have become irreconcilable.

WHEREFORE, Manotti L. Jenkins, Esq., respectfully requests that this Honorable Court grant this motion and enter an Order allowing him to withdraw as attorney of record in this matter for Defendant Kamal Woods, and grant him all other relief that is proper in the premises.

Dated: July 3, 2026

Respectfully submitted,

/s/ Manotti L. Jenkins
Manotti L. Jenkins (IL 6276932)
LAW OFFICES OF MANOTTI L JENKINS, LTD.
33 North Dearborn Street, Suite 1000
Chicago, Illinois 60602
(312) 208-9537 (voice)
(872) 228-8153 (fax)
MJ@mljlawoffices.com
www.mljlawoffices.com

Attorneys for the Defendants,
Tiffany Henyard, Kamal Woods, and
William Moore

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on July 3, 2026, pursuant to Fed. R. Civ. P. 5 and L.R. 5.5, a true and correct copy of the foregoing MOTION was filed with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorneys of record at the email addresses on file with the court. The undersigned further certifies that he sent a copy of the Motion by email to Kamal Woods (rokislandclothing.chi@gmail.com).

/s/ Manotti L. Jenkins
Manotti L. Jenkins