**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jedidiah Brown, et al.
Plaintiff,
v.
Case No.: 1:25−cv−01514
Honorable Manish S. Shah
Thornton Township, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 28, 2026:

MINUTE entry before the Honorable Manish S. Shah: Motion hearing held on 7/28/2026. The motions to withdraw as counsel for Defendants Tiffany Henyard [88], Kamal Woods [89], and William Moore [90] by Attorney Manotti L. Jenkins are granted. Attorney Jenkins terminated. Defendants Henyard, Woods, and Moore are designated pro se and the clerk will update the docket with the contact information provided by withdrawing counsel. The 9/16/2026 joint status report deadline stands. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.