**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JEDIDIAH BROWN, an individual; and LAVELL REDMOND, an individual;<br><br>Plaintiffs,<br><br>v.<br>TIFFANY HENYARD, individually and in her official capacity as Thornton Township Supervisor; KAMAL WOODS, individually and in his official capacity as Thornton Township employee; DEMARCUS CRIGGLEY, and in his official capacity as Village of Dolton employee; SOUTH HOLLAND POLICE DEPARTMENT, a governmental entity; and THORNTON TOWNSHIP, a governmental entity; ALLPOINTS SECURITY AND DETECTIVE, INC., an Illinois corporation; SGT. STORM, an individual; JOHN DOE, an individual; and WILLIAM MOORE, , individually and in his official capacity as Thornton Township employee,<br><br>Defendants. | Case No.: 1:25-cv-01514<br><br>Judge: Hon. Manish S. Shah |

**JOINT STATUS REPORT**

Pursuant to the Court's order [Dkt 98], the parties submit this Joint Status Report regarding the present status of the case and discovery.

1. **Status of the Pleadings and Parties.** On March 23, 2026, the Court entered its Memorandum Opinion and Order resolving the then-pending motions to dismiss. The case thereafter proceeded into discovery on the claims remaining following that Order.

2. On July 28, 2026, the Court granted Attorney Manotti L. Jenkins's motions to withdraw as counsel for Defendants Tiffany Henyard, Kamal Woods, and William Moore. The Court designated Defendants Henyard, Woods, and Moore as proceeding pro se and directed the Clerk to update the docket with the contact information supplied by withdrawing counsel. The Court further ordered that the September 16, 2026 Joint Status Report deadline would stand.

3. **Initial Disclosures.** The parties have exchanged their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

4. **Written Discovery.** On September 16, 2026, Plaintiffs served their First Interrogatories, First Requests for Production, and First Requests for Admission on all remaining Defendants. Also on September 16, 2026, Defendant Thornton Township served written discovery on Plaintiffs, including interrogatories directed separately to Plaintiff Jedidiah Brown and Plaintiff Lavell Redmond and requests for production directed to Plaintiffs.

5. Written fact discovery is therefore underway. The parties will respond to the pending written discovery in accordance with the Federal Rules of Civil Procedure and will meet and confer regarding any discovery issues that arise.

6. **Fact Discovery Deadline.** The current deadline for completion of fact discovery is December 9, 2026.

7. The parties presently anticipate completing written discovery and taking depositions of the parties and other relevant witnesses before the fact-discovery deadline.

8. **Related Insurance Coverage Proceeding.** On September 3, 2026, RSUI Indemnity Company filed a separate declaratory judgment action in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, captioned *RSUI Indemnity Company v. Tiffany Henyard, Kamal Woods, William Moore, Jedidiah Brown, and Lavell Redmond*, Case No. 2026 CH 08579.

9. The declaratory judgment action concerns whether insurance coverage is available under a Thornton Township management-liability policy for certain claims asserted against Defendants Henyard, Woods, and Moore in this federal action. Plaintiffs Brown and Redmond were named as defendants in the declaratory judgment action as interested parties in the outcome of the coverage dispute.

10. Plaintiffs intend to appear and participate in the Cook County declaratory judgment action for the purpose of protecting their interests with respect to any potentially available insurance coverage and proceeds.

11. The parties do not presently request any modification of the discovery schedule in this case based upon the filing of the insurance coverage action. Plaintiffs intend to continue prosecuting discovery in this action while the separate coverage proceeding remains pending.

12. **Discovery Going Forward.** In light of the December 9, 2026 fact-discovery deadline, the parties are proceeding with written discovery and anticipate scheduling the depositions necessary to complete fact discovery after reviewing the written responses and document productions.

13. The parties will continue to meet and confer in good faith regarding discovery and will attempt to resolve any discovery disputes without Court intervention in accordance with Local Rule 37.2.

14. The parties respectfully request that the Court maintain the December 9, 2026 fact-discovery deadline and set this matter for such further status date as the Court deems appropriate.

| | |
|---|---|
| DATED: September 16, 2026<br><br>By: /s/ Matthew R. Custardo<br>Attorney for:<br>**Attorney for Plaintiffs REDMOND and BROWN**<br>Matthew R. Custardo<br>CUSTARDO LAW, LLC | Respectfully submitted,<br><br>By: /s/ Michael J. Hayes<br>Attorney for:<br>**Attorneys for Defendant THORNTON TOWNSHIP**<br>Michael J. Hayes<br>ODELSON, MURPHEY, FRAZIER & MCGRATH LTD. |

| | |
|---|---|
| 650 Warrenville Road, Suite 100<br>Lisle, IL 60532<br>Tel: 630-557-1451<br>matthew@custardolaw.com | 3318 W 95th St<br>Evergreen Park, IL 60805<br>Tel: 708.424.5678<br>mhayes@omfmlaw.com |
| | By: /s/ Joshua S. Patrick<br>Attorney for:<br>**Attorneys for Defendants**<br>**ALLPOINTS SECURITY AND DETECTIVE, INC. and JOHNATHAN MCKINNEY**<br>Joshua S. Patrick<br>KENNEDYS CMK, LLP<br>30 S. Wacker Drive, Suite 3650<br>Chicago, IL 60606<br>Tel: 312.800.5000<br>joshua.patrick@kennedyslaw.com |

## CERTIFICATE SERVICE

The undersigned attorney hereby certifies that on September 16, 2026, I electronically filed the foregoing Joint Status Report with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this matter, as shown below:

*Michael J. McGrath*
*Odelson, Murphey, Frazier & McGrath Ltd.*
*3318 W 95th St, Evergreen Park, IL 60805*
*mmcgrath@omfmlaw.com*
*dfinn@odelsonsterk.com*
*kcarey@odelsonsterk.com*
*jrice@osmfm.com*
*jrice@odelsonsterk.com*
***Attorneys for the Village of Dolton***

*Jeremy N. Boeder (lead trial counsel)*
*Joshua S. Patrick*
*KENNEDYS CMK, LLP*
*30 S. Wacker Drive, Suite 3650*
*Chicago, IL 60606*
*Tel: 312.800.5000*
*jeremy.boeder@kennedyslaw.com*
*joshua.patrick@kennedyslaw.com*
***Attorneys for Allpoints Security And Detective, Inc. and Johnathan McKinney***

*Tiffany Henyard, Kamal Woods, William Moore*
*240 Landon Way,*
*Covington, GA 30016*
*Aiesha1983@yahoo.com*

/s/ Matthew R. Custardo

Matthew R. Custardo (ARDC #: 06329579)
CUSTARDO LAW, LLC
650 Warrenville Road, Suite 100
Lisle, IL 60532
Tel: 630-557-1451
matthew@custardolaw.com
***Attorney for the Plaintiff***